No. 80–157. E. R. SQUIBB & SONS, INC. *v.* SINDELL ET AL.;

No. 80–158. UPJOHN CO. *v.* SINDELL ET AL.;

No. 80–170. REXALL DRUG CO. ET AL. *v.* SINDELL ET AL.; and

No 80–172. ABBOTT LABORATORIES *v.* SINDELL ET AL. Sup. Ct. Cal. Certiorari denied. JUSTICE STEWART took no part in the consideration or decision of these petitions. Reported below: 26 Cal. 3d 588, 607 P. 2d 924.

No. 80–175. WOODLANDS TELECOMMUNICATIONS CORP. *v.* SOUTHWESTERN BELL TELEPHONE CO. C. A. 5th Cir. Certiorari denied. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 80–5208. VINSON *v.* RICHMOND POLICE DEPARTMENT ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition.